IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN WAYNE QUICK, #1243617, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:11-CV-2832-N (BK) |
| | § | |
| HUNT COUNTY SHERIFF, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **DENIES** Plaintiff's motion to proceed *in forma pauperis* (Doc. 3).

SO ORDERED this 9th day of December, 2011.

David C Godbey
UNITED STATES DISTRICT JUDGE